

In The

Court of Appeals

Seventh District of Texas at Amarillo

———————————————

No. 07-15-00005-CV

———————————————

JOHN CURTIS SHARP, APPELLANT

V.

KAREN BIELER, APPELLEE

On Appeal from the County Court at Law
Ellis County, Texas
Trial Court No. 03-E-2188; Honorable James S. Chapman, Presiding

January 15, 2015

MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Pending before this Court is John Curtis Sharp's unopposed motion to dismiss this appeal in which he represents that he no longer wishes to appeal this case.[1] Without passing on the merits of the appeal, Sharp's motion is granted and the appeal

---

[1] This appeal was originally filed by Karen Bieler with John Curtis Sharp filing a cross-appeal. By order dated January 7, 2015, this Court dismissed Bieler's appeal for failure to pay the required filing fee and the appeal was restyled *Sharp v. Bieler*. *See Bieler v. Sharp*, No. 07-15-00005-CV, 2015 Tex. App. LEXIS 143, at *2 (Tex. App.—Amarillo Jan. 7, 2015, order).

is dismissed.  *See* TEX. R. APP. P. 42.1(a)(1).  Pursuant to the motion, all costs are assessed against the party incurring them.  *Id.* at 42.1(d).  Having dismissed this appeal at Sharp's request, no motion for rehearing will be entertained.  Although not requested by Sharp, our mandate will issue forthwith.


                                        Patrick A. Pirtle
                                            Justice